PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

BRIAN BOYNTON
Acting Assistant Attorney General
JAMIE ANN YAVELBERG
SARA McLEAN
WILLIAM C. EDGAR
Attorneys, Civil Division
United States Department of Justice
175 N Street NE, Room 9.121
Washington, DC 20002
Telephone: (202) 307-0256
Facsimile: (202) 307-3852
Email: William.Edgar@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DONALD CLOYCE WAGDA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA CORP., BANK OF AMERICA CALIFORNIA, N.A., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE SECURITIES CORPORATION, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:19-CV-1064 KJM DB<br><br>ORDER RE NOTICE OF THE UNITED STATES OF ELECTION TO DECLINE INTERVENTION |

The United States having notified the Court of its decision not to intervene in this action, the Court hereby orders as follows:

///

1

(1) Relator may maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting;

(2) In the event that should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval;

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States;

(4) The United States shall reserve its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

(5) The United States shall be served with all notices of appeal.

The relator's Complaint, the Notice of Declination, and this Order shall be unsealed. All other papers on file in this action shall remain under seal.

IT IS SO ORDERED.

DATED: September 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE